TraUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-11
```

TRANSATLANTIC REINSURANCE CO.,

          Plaintiff,

-v-

BRENDA JANSEN,

          Defendant.

No. 11 Civ. 3455 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of three letters from the parties, all dated June 9, 2011. The letters address a dispute regarding Defendant's request for a ten-day extension of time to answer or otherwise respond to the complaint, from June 13, 2011, to June 23, 2011. Defendant states that this extension is necessary due to flooding in counsel's office building that has displaced attorneys and destroyed equipment. Plaintiff does not consent to the extension, as it believes Defendant's request is a "clear attempt to try to delay this case."

    IT IS HEREBY ORDERED that Defendant's time to answer or otherwise respond to the complaint is extended until June 20, 2011.

SO ORDERED.

Dated:      June 10, 2011
              New York, New York

                                          RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE